UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE MADERSON,

    Plaintiff,

v.                                           Case No. 3:22cv9113-MCR-HTC

MICHAEL CREPPS, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 28, 2022. ECF No. 15. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation, ECF Doc. 15, is adopted and incorporated by reference in this Order.

2.     This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a Court order.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of February 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv9113-MCR-HTC